106 A.3d 670

James D. SCHNELLER, Keepradnorsafe.com

v.

PENNSYLVANIA LIQUOR CONTROL BOARD

Pietro's Italian Restaurant, Intervenor.

Petition of James D. Schneller.

Supreme Court of Pennsylvania.

Dec. 17, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2014, the Petition for Allowance of Appeal and "Motion to Reply to New Matter Stated in Answer of Respondent" are **DENIED.**